UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
IN RE: JOHN MARCHESE                                    CASE NO.: 15-44861
                                                        STATEMENT OF
                                                        NO PAYROLL
                                                        RECORDS
                    Debtor.

------------------------------------------------------------------ X

      I, ANDREW PAPPAS, an attorney admitted to practice in the United States District Court, Eastern District of New York sates the following:

      1.      I am the attorney for the above-captioned Debtor and am fully familiar with the facts herein.

      2.      My client, JOHN MARCHESE, has informed me that he has not received any pay-stubs in the 60 days prior to filing Bankruptcy, therefore, the requirement for filing pay stubs is not applicable.

Dated:   Staten Island, New York
            October 29, 2015

                                                    ANDREW PAPPAS (AP6112)